# In the United States Court of Federal Claims

No. 14-814 C

**VICTOR L. WADE**

**v.**

**JUDGMENT**

**THE UNITED STATES**

     Pursuant to the court's Opinion and Order, filed April 28, 2016, granting plaintiff's cross-motion for judgment on the administrative record and denying defendant's motion for judgment on the administrative record,

     IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the Navy's administrative punishment of Mr. Wade is vacated as being arbitrary, capricious, an abuse of discretion, and not supported by substantial evidence. In particular, his involuntary discharge from the Navy on the record presented was unjustified. The Navy is directed to reinstate Mr. Wade with all appropriate back pay, benefits, and allowances, and to return to him the funds forfeited as a result of the August 8, 2007 non-judicial punishment.  Mr. Wade may apply to the Court for the reimbursement of reasonable legal fees to the extent allowed by law. Costs are awarded to Plaintiff.

|  |  |
|---|---|
|  | Hazel C. Keahey |
|  | Clerk of Court |
| **April 29, 2016** | By:   s/ Debra L. Samler |
|  | Deputy Clerk |

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.  Filing fee is $505.00.